IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3019 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ELIZABETH A. VANCE, | ) | |
| | ) | |
| Defendant. | ) | |

A hearing was held today to discuss the defendant's ongoing medical and mental health needs and whether she wants further cancer treatment, specifically to include radiation treatment. The defendant attended the hearing. Based on the information provided and discussed:

IT IS ORDERED:

1) The defendant shall undergo a mental health evaluation to determine if she needs or would benefit from treatment for anxiety, depression, or any other mental disease or disorder. Pretrial Services shall make the necessary arrangements for defendant's mental health evaluation.

2) Defendant shall cooperate with the efforts of her oncologist and the physician for the Saline County Jail to coordinate defendant's future cancer treatment. Defendant's counsel shall maintain communication with the Saline County Jail and the defendant and shall promptly notify the court if any impediments to creating a treatment plan or to securing recommended treatment arise while defendant is housed at that facility.

3) Pretrial Services is authorized to provide defendant's substance abuse evaluation report to defendant's counsel, the mental health evaluator, and any medical practitioner the defendant sees or consults with while defendant remains in pretrial detention.

DATED this 20th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge