IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3019 |
| | ) | |
| V. | ) | |
| | ) | |
| ELIZABETH A. VANCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defense counsel has orally requested that I remove this case from the trial docket in anticipation of a plea. The request is granted. And,

IT IS ORDERED that:

1. The parties shall contact Judge Zwart to make arrangements for the plea.

2. This case is removed from the trial docket.

3. In the interests of justice, the Speedy Trial "clock" is stopped and the time excluded. *See* 18 U.S.C. § 3161(h)(1)(G) and (7)(A)&(B).

4. The Clerk shall provide Judge Zwart with a copy of this order.

DATED this 3rd day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge