IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3019 |
| | ) | |
| V. | ) | |
| | ) | |
| ELIZABETH A. VANCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion to extend deadline for filing the written statement of position (filing 60) is granted. The parties' sentencing statements are due January 5, 2011. The undersigned's tentative findings will be issued on or about January 12, 2011.

DATED this 21st day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge